796

## C. J. MAREK v. STATE (2 cases).
### Nos. 14345, 14346.

Court of Criminal Appeals of Texas.
May 13, 1931.

H. D. Barrow and Walter E. Jones, both of Jourdanton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for embezzlement; punishment, two years in the penitentiary.

The record is before us without bills of exception or statement of facts, and manifests that appellant pleaded guilty. The indictment, the judgment, and sentence appearing regular, the judgment will be affirmed.

## MAREK v. STATE.
### No. 14347.

Court of Criminal Appeals of Texas.
May 13, 1931.

H. D. Barrow and Walter E. Jones, both of Jourdanton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

Offense, embezzlement; punishment, two years in the penitentiary.

The record is before us without any statement of facts or bills of exception, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.